UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Melissa Atkinson, | Case No. 10-CV-04086-ADM/JJG |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits and with prejudice, and without costs, disbursements or attorney's fees to either party.

**For Plaintiff:**

**KROHN & MOSS, LTD**

Dated: May 2, 2011

By: s/Lee Cassie Yates
Lee Cassie Yates - # 352688
Attorneys for Plaintiff
120 West Madison Street, 10th Floor
Chicago, Illinois 60602
Telephone: (312) 578-9428
cyates@consumerlawcenter.com

2

**For Defendant:**

**BASSFORD REMELE,** *A Professional Association*

Dated:  May 2, 2011    By: s/Susan E. Gustad
Michael A. Klutho (License #186302)
Susan E. Gustad (License #0268008)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
Telephone:   (612) 333-3000
Facsimile:    (612) 333-8829
mklutho@bassford.com; sgustad@bassford.com