AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Melissa Atkinson

V.

Diversified Adjustment Service, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-4086- ADM/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits and with prejudice, and without costs, disbursements or attorney's fees to any party.

| May 2, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  J. Midtbo |
| | (By)          J. Midtbo   Deputy Clerk |